### Order

sole point on appeal, Day argues the trial court erred in overruling his motion for judgment of acquittal at the close of all the evidence and in finding him guilty of first-degree assault because there was insufficient evidence from which a reasonable fact-finder could have found, beyond a reasonable doubt, that Day had the requisite purpose to kill or seriously injure the victim. We affirm. A memorandum setting forth the reasons for this order has been provided to the parties. Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Derrick Stephen DAY, Appellant.**

**WD 78449**

Missouri Court of Appeals, Western District.

ORDER FILED: May 31, 2016

Nathan J. Aquino, Jefferson City, MO, for respondent.

Irene C. Karns, Columbia, MO, for appellant.

Before Division Three: Gary D. Witt, Presiding Judge, James E. Welsh, Judge and Anthony Rex Gabbert, Judge

### ORDER

Per curiam:

Appellant Derrick Stephen Day ("Day") appeals from his convictions of first-degree assault and armed criminal action. In his